SCWC-30407

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JANICE LYNN SUSSMAN
Respondent/Plaintiff-Appellee,

vs.

ROGER LEE SUSSMAN,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30407; FC-DIVORCE NO. 04-1-0468)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Del Rosario, assigned by reason of vacancy)

Upon consideration of Petitioner Roger Lee Sussman's April 25, 2014 letter, which this court deems a motion for reconsideration, we note Rule 40.1(h) of the Hawaiʻi Rules of Appellate Procedure (HRAP) expressly states such motions are not available to petitioners for rejection of an application for writ of certiorari. Therefore,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, May 12, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Dexter D. Del Rosario

